

# United States District Court
# Eastern District of California

| | |
|---|---|
| JESUS JOE MORENO JR. | Case Number: 1:25-cv-01604-KES-SKO |
| Plaintiff(s) | |
| V. | |
| EXPERIAN INFO. SOLS. INC., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Samuel E. Ferguson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Experian Information Solutions

On 11/06/2024 (date), I was admitted to practice and presently in good standing in the Illinois Supreme Court (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/10/2026        Signature of Applicant: /s/ Samuel E. Ferguson

**Pro Hac Vice Attorney**

Applicant's Name: Samuel E. Ferguson

Law Firm Name: JONES DAY

Address: 110 N. Wacker Dr., Suite 4800

City: Chicago    State: IL    Zip: 60606

Phone Number w/Area Code: (312) 269-4055

City and State of Residence: Chicago, Illinois

Primary E-mail Address: sferguson@jonesday.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Angela M. Taylor

Law Firm Name: JONES DAY

Address: 3161 Michelson Drive, Suite 800

City: Irvine    State: CA    Zip: 92612.4408

Phone Number w/Area Code: (949) 553-7539    Bar # 210425

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/13/2026          *Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT