# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JOE MORENO, JR.,<br><br>                    Plaintiff(s),<br>        v.<br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br><br><br>                    Defendants. | Case No.  1:25-cv-01604-KES-SKO<br><br>**ORDER DIRECTING CLERK TO TERMINATE DEFENDANT TRANS UNION LLC**<br><br>(Doc. 27) |

On April 16, 2026, the parties filed a Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civil P.41(a)(1)(A)(ii) as to Defendant Trans Union LLC, notifying the Court that this Defendant is voluntarily dismissed with prejudice.  (Doc. 27).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice."  *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this

case has automatically terminated Defendant Trans Union LLC.  Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is DIRECTED to TERMINATE Defendant Trans Union LLC.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining Defendant.

IT IS SO ORDERED.

Dated:   **April 20, 2026**                    /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

2