# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JESUS JOE MORENO, JR.,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 1:25-cv-1604-KES-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 34)

On July 14, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 34). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. All other defendants have been terminated (*See* Doc. 25). Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **July 15, 2026**

UNITED STATES MAGISTRATE JUDGE